UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Stephanie Marie Cruz Roman,

                    Plaintiff,

    -v-

Commissioner of Social Security,

                    Defendant.
------------------------------------------------------------X

20 CIVIL 6907 (KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 25, 2022, Plaintiff's motion for judgment on the pleadings is GRANTED, and Defendant's motion for judgment on the pleadings is DENIED. The case is remanded to the Commissioner for further proceedings consistent with the opinion.

**Dated:** New York, New York
         April 25, 2022

                                              RUBY J. KRAJICK
                                                Clerk of Court
                           BY:
                                                    **Deputy Clerk**