USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X :
Stephanie Marie Cruz Roman, :
                                                                   : **ORDER**
                            Plaintiff, : 20-CV-6907 (KHP)
                                                :
                -against- :
                                                      :
Commissioner of Social Security, :
                                                   :
                            Defendant. :
------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      The Court has received plaintiff's counsel's motion for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and a memorandum of law and exhibits in support. (ECF No. 29-31.) Within two weeks, the parties shall either file a stipulation awarding such fees, or Defendant shall file its opposition.

      **SO ORDERED.**

Dated:   July 21, 2022
              New York, New York

                                                                KATHARINE H. PARKER
                                                       United States Magistrate Judge